IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IR TACTICAL PLLC, AN ILLINOIS PROFESSIONAL LIMITED LIABILITY COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>INSTANT RESPONSE SECURITY SERVICE, LLC, AN ILLINOIS LIMITED LIABILITY COMPANY; MPSI SECURITY, INC. AN ILLINOIS DOMESTIC CORPORATION, JULIE A. BANKES, INDIVIDUALLY; AND WILLIAM BANKES, INDIVIDUALLY,<br><br>Defendant. | Case No. 2023 CV 02775 |

**DEFENDANTS ANSWER TO PLAINTIFF'S COMPLAINT**

Now come the Defendants, Instance Response Security Service, LLC, MPSI Security, Inc., Julie A. Bankes and William Bankes, by and through their attorneys, KGG LLC, and for their Answer to Plaintiff's Complaint, states as follows:

**NATURE OF ACTION**

1. Defendants admit only that Plaintiff brings this action pursuant to these Sections, but denies it is entitled to relief.

**JURISDICTION AND VENUE**

2. Defendants admit the allegations contained in Paragraph 2 of Plaintiff's Complaint alleging Jurisdiction and Venue.

3. Defendants admit the allegations contained in Paragraph 3 of Plaintiff's Complaint alleging Jurisdiction and Venue.

**THE PARTIES**

4. Defendants admit the allegations contained in Paragraph 4 of Plaintiff's Complaint alleging the Parties.

5. Defendants admit the allegations contained in Paragraph 5 of Plaintiff's Complaint alleging the Parties.

6. Defendants deny the allegations contained in Paragraph 6 of Plaintiff's Complaint alleging the Parties.

7. Defendants admit the allegations contained in Paragraph 7 of Plaintiff's Complaint alleging the Parties.

8. Defendants admit the allegations contained in Paragraph 8 of Plaintiff's Complaint alleging the Parties.

9. Defendants admit the allegations contained in Paragraph 9 of Plaintiff's Complaint alleging the Parties.

10. Defendants admit the allegations contained in Paragraph 10 of Plaintiff's Complaint alleging the Parties.

11. Defendants admit the allegations contained in Paragraph 11 of Plaintiff's Complaint alleging the Parties.

12. Defendants admit the allegations contained in Paragraph 12 of Plaintiff's Complaint alleging the Parties.

13. Defendants admit the allegations contained in Paragraph 13 of Plaintiff's Complaint alleging the Parties.

## FACTUAL ALLEGATIONS COMMON TO ALL COUNTS

14. Defendants deny the allegations contained in Paragraph 14 of Plaintiff's Complaint alleging Factual Allegations Common to all Counts.

15. Defendants deny the allegations contained in Paragraph 15 of Plaintiff's Complaint alleging Factual Allegations Common to all Counts.

16. Defendants deny the allegations contained in Paragraph 16 of Plaintiff's Complaint alleging Factual Allegations Common to all Counts.

17. Defendants deny the allegations contained in Paragraph 17 of Plaintiff's Complaint alleging Factual Allegations Common to all Counts.

18. Defendants deny the allegations contained in Paragraph 18 of Plaintiff's Complaint alleging Factual Allegations Common to all Counts.

19. Defendants admit the allegations contained in Paragraph 19 of Plaintiff's Complaint alleging Factual Allegations Common to all Counts.

20. Defendants admit the allegations contained in Paragraph 20 of Plaintiff's Complaint alleging Factual Allegations Common to all Counts.

21. Defendants deny the allegations contained in Paragraph 21 of Plaintiff's Complaint alleging Factual Allegations Common to all Counts.

22. Defendants deny the allegations contained in Paragraph 22 of Plaintiff's Complaint alleging Factual Allegations Common to all Counts.

23. Defendants deny the allegations contained in Paragraph 23 of Plaintiff's Complaint alleging Factual Allegations Common to all Counts.

24. Defendants are without sufficient information to either admit or deny the allegations contained in Paragraph 24 of Plaintiff's Complaint alleging Factual Allegations Common to all Counts.

25. Defendants admit the allegations contained in Paragraph 25 of Plaintiff's Complaint alleging Factual Allegations Common to all Counts.

26. Defendants deny the allegations contained in Paragraph 26 of Plaintiff's Complaint alleging Factual Allegations Common to all Counts.

27. Defendants deny the allegations contained in Paragraph 27 of Plaintiff's Complaint alleging Factual Allegations Common to all Counts.

**COUNT I**
**(Common Law Trademark Infringement and Unfair Competition)**

1-27. Defendants repeat and reallege Paragraphs 1-27 as and for Paragraphs 1-27 of Count I, as if fully set forth herein.

28. Defendants admit the allegations contained in Paragraph 28 of Count I of Plaintiff's Complaint.

29. Defendants deny the allegations contained in Paragraph 29 of Count I of Plaintiff's Complaint and further deny subparagraphs a.-f. thereto.

30. Defendants deny the allegations contained in Paragraph 30 of Count I of Plaintiff's Complaint.

31. Defendants deny the allegations contained in Paragraph 31 of Count I of Plaintiff's Complaint.

32. Defendants deny the allegations contained in Paragraph 32 of Count I of Plaintiff's Complaint.

33. Defendants deny the allegations contained in Paragraph 33 of Count I of Plaintiff's Complaint.

34. Defendants deny the allegations contained in Paragraph 34 of Count I of Plaintiff's Complaint.

35. Defendants deny the allegations contained in Paragraph 35 of Count I of Plaintiff's Complaint.

WHEREFORE, Defendants, pray that Count I of Plaintiff's Complaint be dismissed with prejudice, all costs assessed against the Plaintiff and for any further relief this Court deems just and proper.

**COUNT II**
**(Violation of Illinois Uniform Deceptive Trade Practices Act, 815 ILCS 510/1, et seq.)**

1-27. Defendants repeat and reallege Paragraphs 1-27 as and for Paragraphs 1-27 of Count II, as if fully set forth herein.

28. Defendants admit the allegations contained in Paragraph 28 of Count II of Plaintiff's Complaint.

29. Defendants deny the allegations contained in Paragraph 29 of Count II of Plaintiff's Complaint and further deny subparagraphs a.-f. thereto.

30. Defendants deny the allegations contained in Paragraph 30 of Count II of Plaintiff's Complaint.

31. Defendants deny the allegations contained in Paragraph 31 of Count II of Plaintiff's Complaint.

32. Defendants deny the allegations contained in Paragraph 32 of Count II of Plaintiff's Complaint.

33. Defendants deny the allegations contained in Paragraph 33 of Count II of Plaintiff's Complaint.

34. Defendants deny the allegations contained in Paragraph 34 of Count II of Plaintiff's Complaint.

WHEREFORE, Defendants, pray that Count II of Plaintiff's Complaint be dismissed with prejudice, all costs assessed against the Plaintiff and for any further relief this Court deems just and proper.

**COUNT III**
**(Violation of Consumer Fraud & Deceptive Business Practices Act, 815 ILCS 505/1, et seq.)**

1-34. Defendants repeat and reallege Paragraphs 1-34 as and for Paragraphs 1-34 of Count III, as if fully set forth herein.

35. Defendants admit the allegations contained in Paragraph 35 of Count III of Plaintiff's Complaint.

36. Defendants deny the allegations contained in Paragraph 36 of Count III of Plaintiff's Complaint.

37. Defendants admit only that Sections speak for themselves.

38. Defendants deny the allegations contained in Paragraph 38 of Count III of Plaintiff's Complaint.

39. Defendants deny the allegations contained in Paragraph 39 of Count III of Plaintiff's Complaint.

WHEREFORE, Defendants, pray that Count III of Plaintiff's Complaint be dismissed with prejudice, all costs assessed against the Plaintiff and for any further relief this Court deems just and proper.

**COUNT IV**
**(Tortious Interference with Prospective Advantage)**

1-27. Defendants repeat and reallege Paragraphs 1-27 as and for Paragraphs 1-27 of Count IV, as if fully set forth herein.

28. Defendants deny the allegations contained in Paragraph 28 of Count IV of Plaintiff's Complaint.

29. Defendants deny the allegations contained in Paragraph 29 of Count IV of Plaintiff's Complaint.

30. Defendants are without sufficient information to either admit or deny the allegations contained in Paragraph 30 of Count IV of Plaintiff's Complaint.

31. Defendants are without sufficient information to either admit or deny the allegations contained in Paragraph 31 of Count IV of Plaintiff's Complaint.

32. Defendants are without sufficient information to either admit or deny the allegations contained in Paragraph 32 of Count IV of Plaintiff's Complaint.

33. Defendants are without sufficient information to either admit or deny the allegations contained in Paragraph 33 of Count IV of Plaintiff's Complaint.

34. Defendants deny the allegations contained in Paragraph 34 of Count IV of Plaintiff's Complaint and further deny subparagraphs a.-e. thereto.

35. Defendants deny the allegations contained in Paragraph 35 of Count IV of Plaintiff's Complaint.

36. Defendants deny the allegations contained in Paragraph 36 of Count IV of Plaintiff's Complaint.

WHEREFORE, Defendants, pray that Count IV of Plaintiff's Complaint be dismissed with prejudice, all costs assessed against the Plaintiff and for any further relief this Court deems just and proper.

**COUNT V**
**(Unjust Enrichment)**

1-36. Defendants repeat and reallege Paragraphs 1-36 as and for Paragraphs 1-36 of Count v, as if fully set forth herein.

37. Defendants deny the allegations contained in Paragraph 37 of Count V of Plaintiff's Complaint.

38. Defendants deny the allegations contained in Paragraph 38 of Count V of Plaintiff's Complaint.

39. Defendants deny that Defendant has obtained any revenues.

WHEREFORE, Defendants, pray that Count V of Plaintiff's Complaint be dismissed with prejudice, all costs assessed against the Plaintiff and for any further relief this Court deems just and proper.

INSTANT RESPONSE SECURITY SERVICE, LLC, AN ILLINOIS LIMITED LIABILITY COMPANY; MPSI SECURITY, INC. AN ILLINOIS DOMESTIC CORPORATION, JULIE A. BANKES, INDIVIDUALLY; AND WILLIAM BANKES, INDIVIDUALLY, Defendants

KGG, LLC

By: /s/ Jeffrey M. Archambeault
One of the Attorneys for Defendants

JEFFREY M. ARCHAMBEAULT, ARDC #6294837
KGG, LLC
111 North Ottawa Street
Joliet, Illinois 60432
(815) 727-4511
jarchambeault@kggllc.com

**VERIFICATION BY CERTIFICATION**

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, including statements of insufficient knowledge as to the truth to certain allegations, and except as to matters therein stated to be on information and belief, and as such matters, the undersigned certifies as aforesaid that he verily believes the same to be true.

William D. Bankes

Individually and d/b/a Instant Response Security Service, LLC and MPSI Security Inc.